# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SALLY ORR, individually and on behalf of all others similarly situated | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-3036-S |
| | § | |
| SUNOCO LP, a Delaware limited partnership, and DOES 1 through 25, inclusive | § | |
| | § | |
| | § | |

## ORDER

The Court's records reflect that Plaintiff filed her complaint on November 6, 2025, but service of summons and complaint has not yet been made on Defendants as there are no returns of service in the record.

If such service is not accomplished by **March 16, 2026**, the claims against Defendants will be subject to dismissal without prejudice and without further notice, absent good cause shown. *See* FED. R. CIV. P. 4(c)(1), 4(m); N.D. TEX. CIV. R. 4.1.

**SO ORDERED.**

SIGNED February 12, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**