# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SALLY ORR, individually and on behalf
of all others similarly situated

v.

SUNOCO LP, a Delaware limited
partnership, and DOES 1 through 25,
inclusive

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 3:25-CV-3036-S

## ORDER

Before the Court is the parties' Joint Motion for Stay ("Motion") [ECF No. 12]. The Court

**GRANTS** the Motion.

This case is **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of

*Variety Media, LLC v. Superior Court*, No. B350578, in the California Court of Appeal. The Court

**ORDERS** that within two weeks after such resolution, the parties shall file a notice advising the

Court that a ruling has issued in *Variety Media*.

**SO ORDERED.**

SIGNED March 26, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**